M. F. Comer Bridge & Foundation Company, a corporation, Plaintiff in Error, v. Edward H. Sheehan, Defendant in Error.

Writ of error dismissed on motion of counsel for the respective parties.

*Kurtz & Reed,* for Plaintiff in Error.

*Patterson, Blackwell & Knight, W. Clinton Green* and *Thomas W. Anderson,* for Defendant in Error.